1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11

DEBORAH SMITH,                    )        No. CV 11-6383-CW
12                                  )
                Plaintiff,          )        JUDGMENT
13                                  )
        v.                          )
14                                  )
MICHAEL J. ASTRUE,                  )
15  Commissioner, Social Security   )
    Adminstration,                  )
16                                  )
                Defendant.          )
17  _____ )

18

19          **IT IS ADJUDGED** that this action is remanded to defendant for

20  further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

21  and consistent with the accompanying Decision and Order.

22

DATED: May 15, 2012
23

24                                     _____
                                       *Carla M. Woehrle*
25                                          CARLA M. WOEHRLE
                                       United States Magistrate Judge
26

27

28